**Mohan THAMPI, Plaintiff–Appellant,**

v.

**COLLIER COUNTY BOARD OF COM-MISSIONERS, James V. Mudd, James DeLony, Defendants–Appellees.**

No. 07–11581.

United States Court of Appeals, Eleventh Circuit.

April 14, 2008.

Samuel C. Gold, The Gold Law Firm, P.A., Naples, FL, for Plaintiff–Appellant.

Jacqueline W. Hubbard, Collier County Attorney's Office, Eric John Vasquez, Law Offices of Eric Vasquez, Yale Taitz Freeman, Law Offices of Yale T. Freeman, P.A., Naples, FL, for Defendants–Appellees.

Before BARKETT, FAY and STAPLETON,* Circuit Judges.

PER CURIAM:

Mohan Thampi appeals from an adverse Summary Judgment in favor of the Collier County Board of Commissioners and James Mudd and James DeLony, individually, on his Complaint alleging that he was terminated from his employment in violation of his rights under the First and Fourteenth Amendments of the United States Constitution, pursuant to 42 U.S.C. § 1983. Specifically, Thampi alleged that

he had "exercised his First Amendment right of free speech by reporting to supervisors and criticizing waste and gross mismanagement of public funds, resources and projects in Collier County" and was fired as a result.

We find, on this record, that the district court did not err in concluding that the speech alleged did not rise to a First Amendment violation because it pertained to official job-related matters. We also reject as meritless Thampi's argument that Collier County Policy 5311.1(10) is unconstitutional.

**AFFIRMED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ronald J. TRUCCHIO, a.k.a. Ronnie One Arm, Steven Catalano, Terry L. Scaglione, Defendants–Appellants.**

No. 07–11093.

United States Court of Appeals, Eleventh Circuit.

April 14, 2008.

John L. Pollok, Hoffman & Pollok, LLP, New York, NY, Thomas H. Ostrander, Bradenton, FL, Angelo M. Ferlita, Ferlita,

* Honorable Walter K. Stapleton, Senior United States Circuit Judge for the Third Circuit, sitting by designation.